■ In the Matter of WOODROW FLEMMING, Petitioner, v DENNIS BOYLE et al., Respondents. [846 NYS2d 62]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Mazzarelli, J.P., Marlow, Williams, Catterson and Kavanagh, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GIOVANNI DELIONCOURT, Also Known as JOSE COLON, Appellant. [846 NYS2d 62]—Judgment, Supreme Court, New York County (Harold Beeler, J.), rendered on or about February 14, 2001, unanimously affirmed. No opinion. Order filed. Concur—Friedman, J.P., Sullivan, Buckley and Malone, JJ.